PER CURIAM.
Affirmed. See Johnson v. State, 60 So. 3d 1045 (Fla. 2011) ; Melvin v. State, 645 So. 2d 448 (Fla. 1994) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006) ; Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002) ; Haynes v. State, 106 So. 3d 481 (Fla. 5th DCA 2013) ; Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002).
KHOUZAM, MORRIS, and LUCAS, JJ., Concur.